393 A.2d 434

**TOWNSHIP OF CRESCENT, a First Class Township of the Commonwealth of Pennsylvania, and Walter Runyon, an Individual, Appellees,**

**v.**

**CRESCENT–SOUTH HEIGHTS MUNICIPAL AUTHORITY, Allegheny and Beaver Counties, Pennsylvania, a Municipal Authority, Appellants.**

Supreme Court of Pennsylvania.

Argued Sept. 25, 1978.

Decided Oct. 16, 1978.

David G. Joyce, Rowley, Smith & Lewis, Ambridge, for appellants.

Robert W. Doty, Karl K. Kindig, Eckert, Seamans, Cherin & Mellott, Pittsburgh, for appellees.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POM-EROY, NIX, MANDERINO and LARSEN, JJ.

## OPINION

PER CURIAM:

Order affirmed.